UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:16-cv-60823-Bloom/Valle

ARcare d/b/a Parkin Drug Store, on behalf )
of itself and all others similarly situated, )
                                              )
             Plaintiff,                        )
                                              )
    v.                                         )
                                              )
MEDICAL DISCOUNT SERVICES,                    )
INC.,                                          )
                                              )
             Defendant.

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses this action with prejudice.

Dated: August 9, 2016

                                Respectfully submitted,

                                **KU & MUSSMAN, PA**

                        By:    /s/ Louis Mussman
                                Louis Mussman, Esq. (Fla # 597155)
                                louis@kumussman.com
                                Brian T. Ku, Esq. (Fla. # 610461)
                                brian@kumussman.com
                                6001 NW 153rd Street, Suite # 100
                                Miami Lakes, Florida 33014
                                Tel: (305) 891-1322
                                Fax: (305) 891-4512

                                    and

                                James Allen Carney, Esq. *(Admitted Pro Hac Vice)*
                                CARNEY BATES & PULLIAM, PLLC

                         acarney@cbplaw.com
                         2800 Cantrell Road, Suite 510
                         Little Rock, Arkansas  72202
                         Tel: (501) 312-8500
                         Fax: (501) 312-850

*Attorneys for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and a true and correct copy has been furnished via U.S. Mail as follows:

MEDICAL DISCOUNT SERVICES, INC.
c/o its Registered Agent
Darryl Schreiber
5600 Sheridan Street
Hollywood, Florida  33021-3297

Samuel Blaustein, Esq.
DUNNINGTON BARTHOLOW & MILLER LLP
250 Park Avenue- Suite 1103
New York, New York 10177

                                             By: /s/ Louis Mussman
                                                 Louis Mussman, Esq.