UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-60823-BLOOM/Valle

ARCARE,
d/b/a Parkin Drug Store,

    Plaintiff,

v.

MEDICAL DISCOUNT SERVICES, INC.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice, ECF No. [14]. The Court having considered the Notice and being otherwise duly informed therein, it is

**ORDERED AND ADJUDGED** that Plaintiff's Notice of Voluntary Dismissal, **ECF No. [14]**, is **approved and adopted**, and the matter is **DISMISSED WITH PREJUDICE**. To the extent not otherwise disposed of, all pending motions are **DENIED** as moot. The CLERK is directed to **CLOSE** this case.

**DONE AND ORDERED** in Miami, Florida, this 9th day of August, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record